IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | |  |
|---|---|---|
| RICHARD A. GRISWOLD, | ) | |
| | ) | |
| Petitioner, | ) | 8:10CV55 |
| | ) | |
| v. | ) | |
| | ) | |
| TECUMSEH STATE CORRECTIONAL INSTITUTION, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Respondent. | ) | |

This matter is before the Court on petitioner's motion to appoint counsel (Filing No. 23), motion for hearing regarding his motion to appoint counsel (Filing No. 24), and motion in support of a hearing (Filing No. 25).

Petitioner seeks the appointment of counsel for the third time in this matter. (*See* Filing Nos. 3, 21 and 23.) As the Court previously informed petitioner, "there is neither a constitutional nor statutory right to counsel in habeas proceedings; instead, [appointment of counsel] is committed to the discretion of the trial court." *McCall v. Benson*, 114 F.3d 754, 756 (8th Cir. 1997) (citations omitted). As a general rule, counsel will not be appointed unless the case is unusually complex or the petitioner's ability to investigate and articulate the claims is unusually impaired or an evidentiary hearing is required. *See, e.g., Morris v. Dormire*, 217 F.3d 556, 558-59 (8th Cir. 2000), *cert. denied*, 531 U.S. 984 (2000); *Hoggard v. Purkett*, 29 F.3d 469, 471 (8th Cir. 1994) (citations omitted);

*see also* Rule 8(c) of the [Rules Governing Section 2254 Cases in the United States District Courts](#) (requiring appointment of counsel if an evidentiary hearing is warranted). Upon review of the pleadings and petitioner's motion, there is no need for the appointment of counsel at this time.

IT IS ORDERED that petitioner's motion to appoint counsel (Filing No. [21](#)), motion for hearing regarding motion to appoint counsel (Filing No. [24](#)), and motion in support of hearing (Filing No. [25](#)) are denied.

DATED this 2nd day of July, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court

---

[*]This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.