IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RICHARD A. GRISWOLD, ) | |
| ) | |
| Petitioner, ) | 8:10CV55 |
| ) | |
| v. ) | |
| ) | |
| TECUMSEH STATE CORRECTIONAL ) | ORDER |
| INSTITUTION, ) | |
| ) | |
| Respondent. ) | |
| _____) | |

This matter is before the Court on petitioner's motion for evidentiary hearing (Filing No. 36). The Court dismissed this matter and entered judgment against petitioner on September 1, 2010 (Filing Nos. 34 and 35). Therefore, petitioner's motion for evidentiary hearing will be denied as moot. Accordingly,

IT IS ORDERED that petitioner's motion for evidentiary hearing is denied as moot.

DATED this 8th day of September, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court